No. 22-15645

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

_____

ROGER PALMER; ET. AL.,

*Plaintiffs - Appellants,*

v.

JOSEPH LOMBARDO, ET. AL.,

*Defendants - Appellees,*

_____

On Appeal from the United States District Court for the District of Nevada
No. 3:21-cv-00268-MMD-CSD
Chief Judge Murguia

_____

## JOINT NOTICE REGARDING REMAND PROCEEDINGS
_____

AARON D. FORD (Bar No. 7704)
Attorney General
JESSICA E. WHELAN (Bar No. 14781)
Deputy Solicitor General
Office of the Nevada Attorney General
State of Nevada
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
(702) 486-3420 (phone)
(702) 486-3773 (fax)
*Attorneys for Defendants-Appellees*

Appellants Roger Palmer, Chad Moxley, and Firearms Policy Coalition, Inc. and Appellees Joseph Lombardo, Governor of Nevada, Aaron Ford, Attorney General of Nevada, George Togliatti, Director of the Nevada Department of Public Safety, and Mindy McKay, Administrator of Records, Communications, and Compliance, Division of the Nevada Department of Public Safety, by and through their respective counsel, hereby notify the Clerk and the Court that the district court has made the findings referenced in this Court's Order dated May 26, 2023. *See* Dkt. 37. A copy of the findings is attached to this Notice as **Exhibit A**.

Dated this 21st day of October 2024.

AARON D. FORD
Attorney General

By: /s/ Jessica E. Whelan
    JESSICA E. WHELAN
    Deputy Solicitor General
    Nevada Bar No. 14781

*Attorneys for Defendants-Appellees*

Dated this 21st day of October 2024.

THE DIGUISEPPE LAW FIRM, P.C.

By: /s/Raymond M. Diguiseppe, Esq.
    RAYMOND M. DIGUISEPPE, ESQ.

*Attorney for Plaintiffs-Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that on I electronically filed the foregoing document JOINT NOTICE REGARDING REMAND PROCEEDINGS with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on this 21st day of October 2024.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

/s/ S. Messina
AG LEGAL SECRETARY

## INDEX OF EXHIBITS

| EXHIBIT | EXHIBIT DESCRIPTION | NO. OF PAGES |
|---|---|---|
| A. | DKT 37 – Order, Dated May 26, 2023 | 3 |