# EXHIBIT A

# DktEntry 37
# Order
# Dated May 26, 2023